THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOHN CARNEVALE**
*Assistant Corporation Counsel*
Tel.: (212) 356-2415
Fax: (212) 356-3509
jcarneval@law.nyc.gov

September 28, 2026

**VIA ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *McCloud v. City of New York, et al.*
23-cv-8341 (NRM) (PCG)

Your Honor:

I represent the Defendants in the above matter. For the reasons set forth herein, Defendants respectfully request a sixty-day extension of the September 30, 2026 deadline for the completion of fact discovery, to November 30, 2026. Although interim extensions of time to complete various steps in the discovery process were granted, there is no indication on the civil docket sheet that Defendants previously sought or were granted an extension of the fact discovery deadline. *See, e.g.*, ECF 54, 62, 90. The undersigned conferred with plaintiff's counsel by email today and he indicated that he does not consent to this request, stating: "Plaintiff respectfully opposes defendants' request on the grounds that defendants have not acted with diligence and lack good cause for any extension; if it should please the Court, plaintiff intends to file a brief opposition to defendants' application".

As the Court is aware, the greater part of the time allotted for discovery has been spent responding to plaintiff's extensive (and often times harassing) requests for documents. Defendants have also produced all of the individually named defendants in this action for their depositions, all of whom have long since retired from the NYPD. In addition, defendants recently served our responses to plaintiff's Fourth Supplemental Discovery Demands on September 22, 2026, in accordance with the Court's September 18, 2026 Order, and completed the deposition of former Assistant District Attorney Kim Marcus earlier today. Over the course of discovery, to date, defendants have also produced approximately 13,000 of pages of documents, the majority of which were not electronically maintained by the NYPD and which date back to the early to mid-1990's.

Nevertheless, additional time is needed for defendants to conduct the depositions that they need to adequately defend this matter. To that end, defendants served a subpoena to depose Daidralyn English[1], plaintiff's alibi witness for the evening of August 4, 1994, on September 4, 2026. The day before the deposition, her counsel canceled the deposition. In an effort to streamline discovery and limit any inconvenience to the non-party witness, defense counsel is undertaking efforts to coordinate this deposition with the New York State Attorney General's ("AG's") Office, who is defending the State of New York in plaintiff's pending Court of Claims action. We are in the process of rescheduling the deposition in the next two weeks.

In addition, defendants seek to depose plaintiff. On or about August 4, 2026, defendants provided plaintiff's counsel with proposed dates in August and September for the deposition and requested that he ascertain his client's availability. Plaintiff's counsel responded that he was not available until mid to late September. The deposition has yet to be rescheduled. Further, defendants have been attempting to obtain the relevant records pertaining to plaintiff's incarceration in state custody which plaintiff alleges are relevant to his claimed damages. Although plaintiff provided a release for these records, we encountered difficultly obtaining the records from the New York State Department of Corrections and Community Supervision ("DOCCS"). We requested the assistance of the AG's Office to help facilitate the production of these records and we finally received *some* of the records on September 25, 2026. Defendants intend to depose the plaintiff as soon as a mutually agreeable date is provided.

For these reasons, defendants respectfully request that the deadline for the completion of fact discovery be extended to November 30, 2026. Thank you for your consideration herein.

Respectfully submitted,

/s/ JCarnevale
John Carnevale
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: Gabriel Harvis, Esq.

[1] Although Ms. English was identified by plaintiff in his Rule 26 disclosures, no contact information was provided for her. Defendants undertook extensive efforts to locate Ms. English for purposes of serving her with a deposition subpoena.